UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHNNY DELUIS MORELO,

           Plaintiff,

   v.

COLOMBIA CONSULATE IN SAN FRANCISCO,

           Defendant.

C15-1820-TSZ

ORDER

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, docket no. 4, to which no objection was timely filed, does hereby find and ORDER:

   1)    The Court ADOPTS the Report and Recommendation.

   2)    This action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed application to proceed *in forma pauperis*.

   3)    The Clerk is DIRECTED to send a copy of this Order to plaintiff and Judge Theiler.

IT IS SO ORDERED.

Dated this 1st day of February, 2016.

                                       Thomas S. Zilly
                                       United States District Judge

ORDER - 1